

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00393-CV

Anthony Freeman
v.
Louis Garcia, et al.

On Appeal from the
36th District Court of Bee County, Texas
Trial Cause No. B-15-1014-CV-C

## <u>JUDGMENT</u>

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the appeal should be DISMISSED. The Court orders the appeal DISMISSED in accordance with its opinion. No costs are assessed as appellant filed an affidavit of inability to pay costs.

We further order this decision certified below for observance.

September 24, 2015